

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:           01-14-00121-CR

Style:                  Paul Briones

                        **v.** The State of Texas

Date motion filed[*]:   July 21, 2014

Type of motion:         Motion for extension of time to file the reporter's record

Party filing motion:    Court reporter

Document to be filed:   Reporter's record (Vols. 1-10, 12, 13, 16-20)

Is appeal accelerated?      No

If motion to extend time:

    Original due date:                          May 19, 2014

    Number of previous extensions granted:          2          Current Due date:  July 21, 2014

    Date Requested:                             August 21, 2014

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due: **August 21, 2014**

        ☑    **The Court will not grant additional motions to extend time absent extraordinary circumstances.**

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature:/s/ Terry Jennings
               ☑    Acting individually    ☐    Acting for the Court

Panel consists of _____

Date:  July 24, 2014

November 7, 2008 Revision